UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Russell W Ryan,<br>Barbara L Kauth<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 24-09999<br><br>Chapter: 13<br>Honorable Jacqueline P Cox |

**AGREED REPAYMENT AND DEFAULT ORDER**

THIS CAUSE COMING TO BE HEARD on the Motion of Nationstar Mortgage LLC, the mortgagee on the property located at 7539 W Kedzie St, Niles, IL 60714, the Court having jurisdiction and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to Nationstar Mortgage LLC of $4,422.25 through February 2025, after crediting the tender of payments made through January 28, 2025. The default is calculated as follows:

October 2024 through February 2025 = 5 @ $2,274.65 $11,373.25
Bankruptcy fees and costs $1,549.00
Less funds previously tendered ($8,500.00)
Less funds in suspense ($0.00)
Total default amount remaining $4,422.25

The Debtor must tender the following payments on or before the following dates:

On or before March 15, 2025 One post-petition mortgage payment + $737.05
On or before April 15, 2025 One post-petition mortgage payment + $737.04
On or before May 15, 2025 One post-petition mortgage payment + $737.04
On or before June 15, 2025 One post-petition mortgage payment + $737.04
On or before July 15, 2025 One post-petition mortgage payment + $737.04
On or before August 15, 2025 One post-petition mortgage payment + $737.04

2. The current post petition mortgage payment is $2,274.65, and may change due to adjustable interest rates, escrow requirements, or other similar matters as applicable.

3. Payments shall be made payable to Nationstar Mortgage LLC, in the form of money orders, certified checks, or cashier's checks and sent to: P.O Box 619094, Dallas, TX, 75261-9741.

4. If the Debtor defaults on the payments under paragraph 1, then Nationstar Mortgage LLC will provide a 14-day Notice of Default to the Debtor and Debtor's Attorney

5. The notice will be filed with the court with a certificate showing service on the debtor, and the

debtor's lawyer. If the default is not cured in the time specified in the notice, Nationstar Mortgage LLC will file a Notice of Termination of the stay.

6. The Notice of Termination will be filed with a certificate of service showing service on the debtor and the debtor's lawyer. The Notice of Stay Termination terminates the automatic stay so as not to restrain Nationstar Mortgage LLC from pursuing in rem rights under non-bankruptcy law in the property located at 7539 W Kedzie St, Niles, IL 60714, effective on the date it is filed. The stay in Rule 4001(a)(4) does not apply to the Notice of Stay Termination.

7. If McCalla Raymer Leibert Pierce, LLC sends out any Notices of Default under this Order, the Debtor must pay $100.00 per Notice in certified funds to McCalla Raymer Leibert Pierce, LLC in addition to the funds necessary to cure the default cited in the Notice. These $100.00 payments constitute attorney's fees and must be paid within the same 14-day cure period outlined in paragraph 4 of this Order.

Enter: *Jacqueline P. Cox*
_____
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: February 24, 2025

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602